THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HARSCO CORPORATION, | Case No. 2:11-CV-00232-RSL |
| Plaintiff, | **ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |
| v. | |
| TORRY IYALL, | **[CLERK'S ACTION REQUIRED]** |
| Defendant. | |

This matter came before the Court on the Motion for Withdrawal and Substitution of Counsel for Plaintiff (the "Motion") filed on May 5, 2011. The Court has considered the Motion, any materials filed in opposition to the Motion, any reply materials filed in support of the Motion, and the records and files herein. Being fully advised, the Court concludes that the withdrawal and substitution of counsel requested should be granted pursuant to GR 2(g)(4)(A).

Now, therefore, it is hereby ORDERED that the firm of Jackson Lewis, LLP, through its attorneys Karen P. Kruse and David H. Black, is SUBSTITUTED as counsel for Plaintiff Harsco Corporation, and the firm of Merrick, Hofstedt & Lindsey, P.S., and its attorneys Andrew C.

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 1
(Case No. 2:11-CV-00232-RSL)

Jackson Lewis LLP
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404

1  Gauen and Rossi F. Maddalena, are hereby GRANTED LEAVE TO WITHDRAW as counsel
2  for Plaintiff.
3      DATED this 3rd day of June, 2011.

*[signature]*
THE HONORABLE ROBERT S. LASNIK

| Presented by: | Approved as to Form: |
|---|---|
| JACKSON LEWIS LLP | MERRICK, HOFSTEDT & LINDSEY, P.S. |
| By: _s/Karen P. Kruse_____ <br> Karen P. Kruse, WSBA #19857 <br> David H. Black, WSBA #29183 <br> 600 University Street, Suite 2900 <br> Seattle, WA  98104 <br> Telephone:  (206) 405-0404 <br> Facsimile:  (206) 405-4450 <br> E-mails:  krusek@jacksonlewis.com <br>         blackd@jacksonlewis.com <br> Attorneys for Plaintiff, Harsco Corporation | By: _s/Andrew C. Gauen_____ <br> Andrew C. Gauen, WSBA #5633 <br> Rossi F. Maddalena, WSBA #39351 <br> Telephone:  (206) 682-0610 <br> Facsimile:  (206) 467-2689 <br> E-mails: <br> agauen@mhlseattle.com <br> rmaddalena@mhlseattle.com <br> Attorneys for Plaintiff, Harsco Corporation |
| Approved as to Form: | Approved as to Form: |
| LITTLER MENDELSON | MILES & STOCKBRIDGE |
| By: _____ <br> Daniel L. Theime <br> One Union Square <br> 600 University Street, Suite 3200 <br> Seattle, WA  98101-3122 <br> Telephone:     (206) 623-3300 <br> Facsimile:      (206) 447-6965 <br> E-Mail:  dthieme@littler.com <br> Attorneys for Defendant | By: _____ <br> Robert S. Downs <br> Suzzanne W. Decker <br> 10 Light Street <br> Baltimore, MD   21202-1487 <br> Telephone:     (410) 727-6464 <br> E-Mails: <br> rdowns@milesstockbridge.com <br> sdecker@milesstockbridge.com <br> Attorneys for Defendant |

ORDER GRANTING WITHDRAWAL
AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF - 2
(Case No. 2:11-CV-00232-RSL)

**Jackson Lewis LLP**
One Union Square
600 University Street, Suite 2900
Seattle, Washington 98101
(206) 405-0404